James Wesley EDDY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64331.

Missouri Court of Appeals,
Western District.

June 28, 2005.

Margaret M. Johnston, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

ELLIS, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

James W. Eddy entered a guilty plea to the class C felony of possession of a controlled substance. He appeals from the denial, without an evidentiary hearing, of his motion for postconviction relief under

 

Rule 24.035. Eddy claims that the motion court clearly erred in denying him an evidentiary hearing because he pled unrefuted facts that, if proved, would warrant postconviction relief.

Affirmed. Rule 84.16(b).